IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE EDWARD JARRELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-745-WKW |
| ) | [WO] |
| DONALD VALENZA, ) | |
| COMMANDER REED, ) | |
| COMMANDER BRAIZER, and ) | |
| LUTHER STRANGE, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 18.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. The petition for habeas corpus relief is DENIED; and

3. The petition is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 28th day of February, 2017.

                          /s/ W. Keith Watkins
                CHIEF UNITED STATES DISTRICT JUDGE